IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ERIC HOUSTON,  :
:
    Petitioner  :
:
v.  :  CIVIL NO. 4:CV-14-1256
:
WARDEN THOMAS,  :  (Judge Brann)
:
    Respondent  :

## ORDER

November 20, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based on the Court's conclusion, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/   Matthew W. Brann
Matthew W. Brann
United States District Judge

1